UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CARSON SHRIDER,<br><br>    Defendant. | CASE NO. 1:24-CR-00062-JLT-SKO<br><br>[~~PROPOSED~~] ORDER TO UNSEAL CASE |

Good cause appearing from the motion of the United States of America to unseal the docket in this case due to the defendant's arrest and pending initial appearance, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED.

Dated: **March 22, 2024**  _____
UNITED STATES MAGISTRATE JUDGE