PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CARSON SHRIDER ,<br><br>　　　　　　　　　　Defendant. | CASE NO: 1:24-CR-00062-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT<br><br>DATE: August 7, 2024<br>TIME:  1:00 p.m.<br>COURT:  Hon. Sheila K. Oberto |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Eric Kersten, counsel for Carson Shrider ("the defendant"), that this action's **Wednesday, August 7, 2024, at 1:00 p.m, status conference be continued to Wednesday, October 30, 2024, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. The grand jury returned an indictment regarding this matter on March 21, 2024. Dkt. 1. Since that time, the parties agreed to and presented to the court a stipulation and proposed protective order regarding the production of third parties' personal information without redactions, which the court endorsed by way of formal order on March 26, 2024. Dkt. 11. The government then prepared and delivered an initial set of discovery to defense counsel

1

within the time limits set forth by Eastern District of California Local Rule 440.

2. The government prepared and delivered supplemental discovery to defense counsel on May 21 and July 1, 2024.

3. The government currently believes all discovery has been produced pursuant to Rule 16. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.

4. Defense counsel needs more time to complete its review of the discovery, conduct any additional investigation, and communicate with both the defendant and government counsel about any potential pretrial resolution of this case.

5. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. The parties therefore stipulate that the period of time from August 7, 2024, through and including October 30, 2024, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: July 25, 2024                               PHILLIP A. TALBERT
                                                   United States Attorney

                                            By:  /s/ BRITTANY M. GUNTER
                                                   BRITTANY M. GUNTER
                                                   Assistant United States Attorney

Dated: July 25, 2024                        By:  /s/ ERIC KERSTEN
                                                   ERIC KERSTEN
                                                   Counsel for Defendant

**O R D E R**

IT IS ORDERED that the status conference currently set for August 7, 2024, at 1:00 pm is continued until **Wednesday, October 30, 2024, at 1:00 pm**.

IT IS FURTHER ORDERED THAT the period of time from August 7, 2024, through and including October 30, 2024, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: 7/25/2024

*Sheila K. Oberto*
United States Magistrate Judge