HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CARSON SHRIDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00062 JLT-SKO |
| Plaintiff, | UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER |
| vs. | |
| CARSON SHRIDER, | |
| Defendant. | Judge: Hon. Stanley A. Boone |

On March 27, 2024, Carson Shrider was granted pretrial release under numerous conditions including, as part of condition 7(s), that he participate in the WestCare 90-day in-patient treatment program, and upon successful completion of the program, that he participate in electronic location monitoring and a curfew. In full, condition 7(s) provides:

> Upon successful completion of WestCare, you must participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services officer;
>
> **Curfew**. You must remain inside your residence every day from **8 pm** to **6 am**, or as adjusted by the Pretrial Services officer for medical, religious services, employment, or court ordered obligations; and,

Docket No. 13, p.3.

Mr. Shrider hereby requests that his conditions of release be modified to remove condition 7(s), with all other conditions remaining in full force and effect. Carson's supervising pretrial services officer, Frank Guerrero, fully supports this request. He advises that Carson completed the 90 day WestCare program on July 2, 2024, and did extremely well in the program. Mr. Shrider has since been residing at a sober living home with his 7- and 14-year-old sons. Carson is tested regularly at the regularly at the facility and faces expulsion if he tests dirty. Mr. Shrider is also participating in extensive aftercare consisting of group counseling sessions at the sober living home three times per week, individual counseling once per week, and additional Narcotics Anonymous meetings. Mr. Shrider's counselor reports that Carson is participating fully and doing well. She is impressed with Carson's commitment to his family, and she also supports this modification.

Carson is very close with his father, a retired Bakersfield Police officer who served the department for more than 30 years, and then worked several additional years as an investigator for the Kern County District Attorney's office. He is fully aware of Carson's substance abuse struggles and does not minimize them in any way. He advises Ofc. Guerrero that Carson is doing great, the best he has seen him in a very long time.

The government takes no position on this request and defers to the discretion of the Court.

Based on the foregoing, Carson Shrider respectfully requests that this court order condition 7(s) removed from his conditions of pretrial release, with all other conditions remaining in full force and effect.

Date: December 18, 2024                    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender


*/s/ Eric V. Kersten*_____
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
CARSON SHRIDER

Shrider: Unopposed Motion to Modify
Conditions of Pretrial Release

**O R D E R**

It is so ordered. The Court hereby removes condition 7(s) from the Order Setting Conditions of Pretrial Release for Carson Shrider. All other conditions shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 19, 2024**

STANLEY A. BOONE
United States Magistrate Judge