MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARSON SHRIDER,<br><br>Defendant. | CASE NO: 1:24-CR-00062-JLT-SKO<br><br>STIPULATION AND ORDER TO VACATE STATUS CONFERENCE |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Eric Kersten, counsel for Carson Shrider ("the defendant"), that **the status conference currently set for Wednesday, May 7, 2025, at 1:00 p.m, be vacated**. The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. The grand jury returned an indictment regarding this matter on March 21, 2024. ECF 1. Since that time, the government prepared and delivered an initial set of discovery to defense counsel within the time limits set forth by Eastern District of California Local Rule 440.

2. The government prepared and delivered supplemental discovery to defense counsel on May 21 and July 1, 2024. The defense is and has been reviewing discovery thus far provided.

1

3. The government currently believes all discovery has been produced pursuant to Rule 16. If the government identifies additional information that should be produced as supplemental discovery, the government will promptly produce it in accord with Rule 16.

4. On January 29, 2025, the Court set the case for trial on September 16, 2025. ECF 30. The Court also set the case for a status conference on May 7, 2025. ECF 30. The Court excluded time under the Speedy Trial Act through the date of the trial, September 16, 2025. ECF 30.

5. The defendant intends to accept the government's plea offer. Defense Counsel will meet with the defendant by Monday, May 5, 2025, to sign the plea agreement. Upon receipt, the government will file the plea agreement with the Court. The parties then intend to set the case for a change of plea hearing and to vacate the trial date currently set for September 16, 2025.

6. Accordingly, the parties jointly request that the status conference set for May 7, 2025, be vacated.

7. Time was previously excluded under the Speedy Trial Act through September 16, 2025. ECF 30.

IT IS SO STIPULATED.

Dated: April 29, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated: April 29, 2025

By: /s/ ERIC KERSTEN
ERIC KERSTEN
Counsel for Defendant

**O R D E R**

IT IS ORDERED that the status conference currently set for May 7, 2025, at 1:00 pm is VACATED.

IT IS SO ORDERED.

DATED: 5/2/2025

*Sheila K. Oberto*
Sheila K. Oberto
Unisted States Magistrate Judge