MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARSON SHRIDER,<br><br>Defendant. | CASE NO. 1:24-CR-00062-JLT-SKO<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

On or about May 6, 2025, defendant Carson Shrider entered a guilty plea to bank fraud in violation of 18 U.S.C. § 1344(2), as charged in the Indictment.

As part of his plea agreement with the United States, defendant Carson Shrider agreed to forfeit voluntarily and immediately $26,000, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 1344(2) to which he has pled guilty. See Defendant Carson's Plea Agreement ¶ II.F.  Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 982(a)(2), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Carson Shrider in the amount of $26,000.

    2.      The above-referenced personal forfeiture money judgment is imposed based on defendant Carson Shrider's conviction for violating 18 U.S.C. § 1344(2).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

    3.      Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Dated: 6/16/2025

MICHELE BECKWITH
Acting United States Attorney

 /s/ Brittany M. Gunter
BRITTANY M. GUNTER
Assistant U.S. Attorney

2

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Carson Shrider in the amount of $26,000. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.

Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated: **June 17, 2025**

_____
UNITED STATES DISTRICT JUDGE