ERIC V. KERESTEN, CA BAR #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant Carson Shrider.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CARSON SHRIDER.,<br><br>　　　　　Defendant. | No.  1:24-cr-00062-JLT-SKO<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ERIC V. KERSTEN AS ATTORNEY OF RECORD AND ORDER** |

On March 21, 2024, Defendant Carson Shrider. was indicted on federal charges. On January 27, 2025, CJA Panel Attorney Eric V. Kersten was appointed as trial counsel to represent Mr. Shrider in his criminal case. Mr. Shrider was sentenced pursuant to a plea agreement on August 11, 2025. The time for filing a direct appeal was August 27, 2025. No direct appeal was filed. Mr. Shrider was out of custody at sentencing and timely surrendered to FCI Lompoc on October 10, 2025. The trial phase of Mr. Shrider's criminal case has, therefore, come to an end. Having completed his representation of Mr. Shrider, CJA attorney Eric V. Kersten now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Shrider require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: October 23, 2025

Respectfully submitted,

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
Carson Shrider.

## ORDER

Having reviewed the notice and found that attorney Eric V. Kersten has completed the services for which he was appointed, the Court hereby grants attorney Kersten's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Carson Shrider. at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Carson Shrider, Reg. # 06125-511
FCI Lompoc I
Federal Correctional Institution
3600 Guard Road
Lompoc, CA   93436

IT IS SO ORDERED.

Dated:   **October 24, 2025**

UNITED STATES DISTRICT JUDGE